TO:   CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

MINUTES OF MEETING OF CREDITORS

CASE NAME   : _Autos Vega , Inc._          CASE NUMBER : _11-05773_

                                           CHAPTER      : _11_

                                           JUDGE        : _SEK_

DATE OF MEETING: _8/15/11_                 TIME OF MEETING: _10:30 a.m._

TRACK NUMBER    : _02_

METER READING
START           : _0:00_ (hr:min)          (hr:min)          (hr:min)          (hr:min)

END             : _1:18_ (hr:min)          (hr:min)          (hr:min)          (hr:min)

1)  DEBTOR:                          10)  PROOF OF OPENING DEBTOR
    (X) PRESENT                           IN POSSESSION BANK ACCOUNTS:
    (  ) NOT PRESENT                      (X) HAS BEEN FILED
    (  ) SPOUSE NOT PRESENT                (  ) HAS NOT BEEN FILED

2)  DEBTOR'S ATTORNEY:               11)  TAX RETURNS LAST TWO YEARS:
    (X) PRESENT                           (X) HAVE BEEN FILED
    (  ) NOT PRESENT                      (  ) HAVE NOT BEEN FILED

3)  CREDITORS:                       12)  FINANCIAL STATEMENT(s) LAST
    (X) PRESENT (See attachment)          TWO YEARS:
    (  ) NOT PRESENT                      (X) HAVE BEEN FILED
                                          (  ) HAVE NOT BEEN FILED

4)  TRUSTEE:
    (  ) HAS BEEN APPOINTED          13)  RENT ROLL:        _N/A_
         NAME OF TRUSTEE:_____        (  ) HAS BEEN FILED
    (X) HAS NOT BEEN APPOINTED            (  ) HAS NOT BEEN FILED

5)  UNSECURED CREDITORS COMMITTEE:   14)  PROOF OF INSURANCE:
    (  ) HAS BEEN APPOINTED               (X) HAS BEEN FILED
    (X) HAS NOT BEEN APPOINTED            (  ) HAS NOT BEEN FILED

6)  SCHEDULES:         (will amend    15)  MEETING:
    (X) HAVE BEEN FILED    Sch. @          (X) CLOSED
    (  ) HAVE NOT BEEN FILED 5 days)       (  ) CONTINUED TO:

7)  STATEMENT OF FINANCIAL AFFAIRS:            DATE:_____
    (X) HAS BEEN FILED
    (  ) HAS NOT BEEN FILED                    TIME :_____

8)  INVENTORY OF THE PROPERTY OF
    THE DEBTOR'S ESTATE:
    (X) HAS BEEN FILED
    (  ) HAS NOT BEEN FILED

9)  PROOF OF CLOSING PRE-PETITION
    BANK ACCOUNTS:        (15 days)
    (  ) HAS BEEN FILED
    (X) HAS NOT BEEN FILED

16) COMMENTS:

(Filed Electronically)

_____
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

8/15/11
Date

Autos Vega, Inc.

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Carmen P. Figueroa | CRIM | PO Box 195387 San Juan PR 00919-5387 | tel 787-625-2776 X 211 Y | fax 787-625-4073 |
| Marena Ramirez Esq | Emilio Vega | (787) 977-5050 | | |
| Humberto Cobo Esq | " | " | | |
| Edgardo Rodriguez Cordel, Esq | PO Box 365001 San Juan, PR 00936 | | tel. (787) 772-9911 | fax (787) 281-7816 |
| Yanymar Gonzalez Carrasquillo Esq | PO Box 365001 San Juan, PR 00936 | | tel (787) 772-9911 | fax (787) 281-7816 |
| Pedro Lopez | ASG | 1126 Ave. Ashford Suite C-10 San Juan, PR 00907 | 787-724-8212 787-722-8289 |  |
| Doraguili Berrios | Caribbean Trust Gds. | PO Box 366029 Bayamon, PR 00960 | 787-477-9631 | (787) 778-3189 |
| Maine Millan | Reliable | Suite 1701 City Bank Towers 252 Ponce de León Ave. | (787) 620-0070 | |
| Efrain Velez | Calle Rosen de Viterbo 911 Country Club SJ, PR 00924 | | 787-367-2244 | |
| Lourdes Amigo | Ford Motor Credit | O'neill Q Borges 764-8 | | |
| Miguel A. Marrero | End Braque la Torriya Guaynabo, PR 00941 | | 787-435-4300 | |
| Edgardo Muñoz | imuna @ imuna.net 787-529-3888 (for Miguel Marrero) | | | |